UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 21-cr-551-TFH |
| : | |
| ROBERT FLYNT FAIRCHILD, JR : | |
| : | |
| Defendant. : | |

### ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

Nothing in this Order should be construed to expand the discovery obligations of the United States beyond those already required by law.

Date:   September 22, 2021

_____
THOMAS F. HOGAN
U.S. DISTRICT JUDGE

1