

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 28, 2021

VIA EMAIL

James Skuthan
Federal Defenders Office, Florida Middle District
201 South Orange Avenue
Seaside Plaza, Suite 300
Orlando, FL 32801
Jim_Skuthan@fd.org

> Re:   *United States v. Robert Flynt Fairchild, Jr.*
>         Case No. 21-cr-551-TFH

Dear Counsel:

      As part of our ongoing discovery production in this case, you will receive an invitation via USAFx to a folder named "███████████████████████████" to download reports from U.S. Capitol Police (USCP) investigations of alleged wrongdoing by USCP officers on January 6, 2021 along with an index to assist in your review. Officer names, witness names, and complainant names have been redacted. We are working to produce a set of reports that replaces the redactions with unique identifiers for individuals whose names have been redacted. When that process is complete, we will reproduce the documents with the unique identifiers. Additional exhibits from these investigations are forthcoming. At this time, we understand that a small number of investigations are still ongoing, and we will provide reports of those investigations on a rolling basis as they are concluded.

      You will also receive an invitation via USAFx to a folder named "██████████ ████████████████████████████" to download twenty files that are exhibits to the produced USCP OPR reports, and a corresponding index.  Any applicable sensitivity designations are reflected in the index.  Additional exhibits will be provided on a rolling basis as we continue to ingest and quality-check them.

You will also receive an invitation via USAFx to a folder named "█████████ ███████████████████████" to download a zip file containing forty-two files that consist of MPD internal investigation reports and exhibits, and a corresponding index. These reports and exhibits are unredacted and thus designated Highly Sensitive under the protective order.

As a further part of our ongoing discovery production in this case, we produced the following information on September 24, 2021: 4,044 files (over one terabyte) consisting of U.S. Capitol Police ("USCP") Closed Circuit Video ("CCV") footage from 118 cameras has been shared to the defense instance of evidence.com. The contents of footage being shared includes video from the interior of the U.S. Capitol Visitor Center and from the Capitol grounds. These files are designated Sensitive under the protective order. Additional footage will be provided on a rolling basis, as we ingest it into our own instance of evidence.com.

The Federal Public Defender for the District of Columbia ("FPD") has agreed to serve as the Discovery Liaison for defense counsel in Capitol Breach cases. FPD is currently reviewing the various features of evidence.com and testing out the capabilities of the program with sample data. Within the next two weeks, FPD will be sending out information to defense counsel that includes a point-of-contact for discovery-related inquiries, the procedures to follow for obtaining a license to access evidence.com, and a quick start guide for defense counsel to use with evidence.com.

It has come to our attention that there are sensitivities that must be addressed prior to large scale disclosure of body-worn-camera footage. We are working diligently to resolve these issues and in the interim we have produced a sample of fifty body-worn-camera files to FPD's instance of evidence.com. This sample will allow our technological teams to discuss the necessary infrastructure and workflows that need to be implemented. Ultimately, we intend to produce the majority of body-worn-camera footage with the least restrictive applicable sensitivity designations, if any, in order to facilitate defendant review.

In the near future, we expect to provide tools that will assist your review of the voluminous video footage described above, to include:

1. Camera maps for USCP CCV;
2. Our work product, consisting of a spreadsheet and related zone maps, identifying body-worn-camera footage by agency, officer, video start time, a summary of events, and location of the camera in 15-minute increments; and
3. Global Positioning Satellite information for Metropolitan Police Department radios, which may be of some assistance in identifying officers whose body-worn-cameras were recording at a particular time and location.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

Sincerely,

*/s/ Alison B. Prout*
Alison B. Prout
Assistant United States Attorney

cc:    Ken Morris

3