

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

September 28, 2021

VIA EMAIL AND USAFX

James Skuthan
Federal Defenders Office, Florida Middle District
201 South Orange Avenue
Seaside Plaza, Suite 300
Orlando, FL 32801
Jim_Skuthan@fd.org

    Re:    *United States v. Robert Flynt Fairchild, Jr.*
               Case No. 21-cr-551-TFH

Dear Counsel:

    Files are being made available to you today via the USAFx portal in a folder named "▬
▬▬▬▬▬▬▬▬." Within that folder is a subfolder named "2021-09-27
Production" that contains the following materials:

- A folder named "Fairchild SW Photos" that contains 68 .jpg files.

- A folder named "Sensitive" that contains the following 18 documents that are designated Sensitive under the September 27, 2021 protective order:

| File Name | Designation |
|---|---|
| 089B-WF-3368293-237_AFO_0000002.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000002_1A0011702_0000001.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000002_1A0011702_0000002.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000002_Import.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000004_1A0000002_0000001.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000010.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000010_Import_Redacted.pdf | Sensitive |

| File Name | Designation |
|---|---|
| 089B-WF-3368293-237_AFO_0000014_Import_Redacted.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000014_Redacted.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000018.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000018_Import_Redacted.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000019_1A0000014_0000001_PHYSICAL_Redacted.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000019_1A0000014_0000002_Redacted.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000019_1A0000014_0000003 - photo one_Redacted.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000019_Redacted.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000024_Redacted.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000026_Redacted.pdf | Sensitive |
| 089B-WF-3368293-237_AFO_0000027_Redacted.pdf | Sensitive |

- A folder named "Highly Sensitive" that contains the following 9 items that are designated Highly Sensitive under the September 27, 2021 protective order:

| File Name | Designation |
|---|---|
| CCTV Folder containing ▆ USCS 01 Senate Wing Door near S139-2021-01-06_15h09min00s000ms.asf | Highly Sensitive |
| 089B-WF-3368293-237_AFO_0000008.pdf | Highly Sensitive |
| 089B-WF-3368293-237_AFO_0000008_1A0000007_0000001.pdf | Highly Sensitive |
| 089B-WF-3368293-237_AFO_0000008_Import.zip (containing multiple subfiles) | Highly Sensitive |
| 089B-WF-3368293-237_AFO_0000009.pdf | Highly Sensitive |
| 089B-WF-3368293-237_AFO_0000009_1A0000008_0000001_Redacted.pdf | Highly Sensitive |
| 089B-WF-3368293-237_AFO_0000009_Import.zip (containing multiple subfiles) | Highly Sensitive |
| 089B-WF-3368293-237_AFO_0000025.pdf | Highly Sensitive |
| 089B-WF-3368293-237_AFO_0000025_1A0000018_0000001_PHYSICAL.pdf | Highly Sensitive |

- A folder named "Serials" that contains the following 2 items:

| File Name | Designation |
|---|---|
| 089B-WF-3368293-237_AFO_0000007.pdf | None |
| 089B-WF-3368293-237_AFO_0000007_1A0000006_0000001.zip (containing multiple subfiles) | None |

      I will forward additional discovery as it becomes available.  If you have any questions or if you fail to receive USAFx invitation in connection with this production, please feel free to contact me.

                        Sincerely,

                        */s/ Alison B. Prout*
                        Alison B. Prout
                        Assistant United States Attorney

cc:    Ken Morris