IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Case No. 1:21-cr-00551-TFH

ROBERT FLYNT FAIRCHILD, JR.
_____/

UNOPPOSED MOTION TO CONTINUE
CHANGE OF PLEA HEARING

The Defendant, Robert Flynt Fairchild, Jr., by and through his undersigned attorney, moves this Honorable Court to enter its Order continuing the change of plea hearing in the above case. As grounds in support thereof, the undersigned would state the following:

1.   That the Defendant, Robert Flynt Fairchild, Jr., is scheduled to enter a guilty plea today in the above styled case.

2.   That the undersigned tested positive this morning for COVID-19. The undersigned is experiencing several of the COVID-19 symptoms and is not able to attend Mr. Fairchild's change of plea hearing this afternoon. He has been instructed by his health care provider to quarantine for the next five days.

3.   That the undersigned is requesting a continuance of the change of plea hearing in the above-styled case.

4.  The undersigned has contacted the Assistant United States Attorney representing the Government in this case, Ms. Alison Prout. Ms. Prout does not object to the continuance sought by this motion.

5.  That this motion is filed in good faith and not for purposes of delay.

Wherefore, the Defendant, Robert Flynt Fairchild, Jr., moves this Honorable Court to continue the change of plea hearing in the above case.

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender, MDFL

*/s/ James T. Skuthan*
James T. Skuthan, Esq.
First Assistant Federal Defender
Florida Bar Number 0544124
201 South Orange Avenue, Ste. 300
Orlando, Florida 32801
Telephone 407-648-6760
Facsimile  407-648-6095
E-Mail: jim_skuthan@fd.org
Counsel for the Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of April 2021, a true and correct copy of the foregoing was furnished by using the CM/ECF system to the Clerk of the Court, which will electronically serve notice on Assistant United States Attorney Alison Prout.

*/s/ James T. Skuthan*
James T. Skuthan, Esq.