UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 21-CR-551 (TFH) |
| ROBERT FLYNT FAIRCHILD, JR., | |
| Defendant. | |

**NOTICE OF FILING OF ITEMS INCOMPATIBLE WITH CM/ECF FILING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibits that are incompatible with CM/ECF filing. The items are ten videos that are Exhibits 1 through 10 of the Government's Sentencing Memorandum (Dkt. No. 39). The government has no objection to the public release of these exhibits. The government has made the following video exhibits available to the Court and the defendant electronically:

1. Exhibit 1 is a video of the Body Worn Camera (BWC) of as Metropolitan Police Department (MPD) Officer on the West Plaza of the U.S. Capitol grounds on January 6, 2021 that is 25 seconds long.

2. Exhibit 2 is a video of the BWC of an MPD Officer on the West Plaza of the U.S. Capitol grounds on January 6, 2021 that is 33 seconds long.

3. Exhibit 3 is a video of the West Plaza of the U.S. Capitol grounds on January 6, 2021 obtained from an open source that is 1 minutes and 3 seconds long.

4. Exhibit 4 is a video of the West Plaza of the U.S. Capitol grounds on January 6, 2021 obtained from an open source that is 43 seconds long.

5. Exhibit 5 is a video of the BWC of an MPD Officer on the West Plaza of the U.S. Capitol grounds on January 6, 2021 that is 33 seconds long.

6.   Exhibit 6 is a video of the BWC of an MPD Officer on the West Plaza of the U.S. Capitol grounds on January 6, 2021 that is 44 seconds long.

7.   Exhibit 7 is a video of the BWC of an MPD Officer on the West Plaza of the U.S. Capitol grounds on January 6, 2021 that is 51 seconds long.

8.   Exhibit 8 is a video of the BWC of an MPD Officer on the West Plaza of the U.S. Capitol grounds on January 6, 2021 that is 21 seconds long.

9.   Exhibit 9 is a video of the BWC of an MPD Officer on the West Plaza of the U.S. Capitol grounds on January 6, 2021 that is 35 seconds long.

10.   Exhibit 10 is a video from inside the U.S. Capitol building in the Senate Wing Door area on January 6, 2021 obtained from an open source that is 8 seconds long.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ Alison B. Prout
ALISON B. PROUT
Assistant United States Attorney
Georgia Bar No. 141666
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 581-6000
alison.prout@usdoj.gov