**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**                                    **Case No.: 21-cr-551-TFH**

**ROBERT FLYNT FAIRCHILD, JR.**

## Appendix

**Military Records** ........................................................................................ **A**
DD214 ............................................................................................................ A-1
Personal Award Recommendation ................................................................. A-2
Individual Separation Information: Awards .................................................... A-3

**Letters of Support** .................................................................................... **B**
Jeffrey Sanders, USMC 1st Battalion, 2nd Marines ........................................... B-1
Robert Thompson, USMC Infantry Team Leader........................................... B-2
Leslie Walden, USMC Infantry Team Leader................................................. B-3
Jason Doran, USMC Platoon Commander ...................................................... B-4
Duy Dang, USMC ........................................................................................... B-5
Harold Hoffman, attorney ............................................................................... B-6
Angela Hendrix, mother .................................................................................. B-7
Hannah Livingston, sister ................................................................................ B-8
Bill Story and Debra Gibbs, neighbors ........................................................... B-9

**Newspaper Articles**................................................................................... **C**
2004-06-02 LaGrange Daily News................................................................... C-1
2003-11-11 LaGrange Daily News................................................................... C-2

**A**

# Military Records



**A-1**

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) FAIRCHILD Robert Flynt Jr | 2. DEPARTMENT, COMPONENT AND BRANCH USMC-11 | 3. SOCIAL SECURITY NUMBER |
|---|---|---|

| 4a. GRADE, RATE OR RANK LCPL | b. PAY GRADE E-3 | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 20100225 |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY MEPS Atlanta GA 30297 | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 522 Lincoln Street Lagrange GA 30241 |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND HqBn 2dMarDiv CamLej NC 28542 | b. STATION WHERE SEPARATED HqBn 2dMarDiv CamLej NC (RUC 12001) |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED Marine Corps Reserve Support Command 15303 Andrews Rd Kansas City MO 64147-1207 | 10. SGLI COVERAGE AMOUNT: $ 400,000.00 | NONE |
|---|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 0311 Rifleman    3 years 7 months | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AS THIS PERIOD | 2002 | 04 | 29 |
| | b. SEPARATION DATE THIS PERIOD | 2006 | 04 | 28 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 04 | 00 | 00 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 02 | 04 |
| | f. FOREIGN SERVICE | 00 | 09 | 16 |
| | g. SEA SERVICE | 00 | 03 | 26 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2005 | 12 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) Marine Corps Good Conduct Medal, Navy and Marine Corps Achievement Medal (2d Awd), Combat Action Ribbon (Iraq), Iraq Campaign Medal, Global War on Terrorism Service Medal, Sea Service Deployment Ribbon (2d Awd), Global War on Terrorism Expeditionary Medal (Iraq), National Defense Service Medal, Presidential Unit Citation-Navy, Letter of Appreciation, | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) Rifleman crs (031) 2002, Marine Combat Training (M92) 2002, Tan Belt crs (MMB) 2003. |
|---|---|

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | YES | X NO |
|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X YES | NO |

| 16. DAYS ACCRUED LEAVE PAID  RLB 0.5  SLB 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | X NO |
|---|---|---|---|

| 18. REMARKS 45020-2006-0916 Good Conduct Medal period commences 20051201 SNM contributed to the MGIB $1,200.00 Item 13 CONT Rifle Qualification Badge (Expert 2d Awd). Subject to active duty recall and or annual screening. While a member of the Marine Corps Reserve, you will keep the Commanding General, MCRSC (Toll Free 1-800-255-5082) informed of any change of address, marital status, number of dependents, civilian employment, or physical standards. The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program. |
|---|

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) 522 Lincoln Street Lagrange GA 30240 | b. NEAREST RELATIVE (Name and address - include ZIP Code) Angela Hedrix (Mother) Same as block 19a. |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO GA | DIRECTOR OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED *Robert Fairchild* | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) F. L. CAMROS, WO, SEPS AOIC, USMC |
|---|---|

---

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) | |
|---|---|
| 23. TYPE OF SEPARATION Released from active duty | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
| 25. SEPARATION AUTHORITY MARCORSEPMAN PAR 1005 | 26. SEPARATION CODE MBK1 / 27. REENTRY CODE RE-3C |
| 28. NARRATIVE REASON FOR SEPARATION COMPLETION OF REQUIRED ACTIVE SERVICE | |
| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) None | 30. MEMBER REQUESTS COPY 4 (Initials) RF |

| DD FORM 214, FEB 2000 | PREVIOUS EDITION IS OBSOLETE. | SERVICE - 2 |
|---|---|---|
| (PF/FF - WHS/DIOR) | | |

## PERSONAL AWARD RECOMMENDATION

| FROM ADDRESS:<br>Commanding Officer<br>Battalion Landing Team<br>1st Battalion, 2d Marines<br>24th Marine Expeditionary Unit<br>Unit 73035<br>FPO AE 09095-3035 | | TO (Awarding Authority) ADDRESS: (UIC/RUC):<br>CO, 1st Bn, 2d Marines |
|---|---|---|
| COMMAND POC:<br>wiesesd@blt12.24meufwd.usmc.<br>mil | PHONE NUMBER: | 14. EXP OF ACTIVE DUTY<br>20060426 |

| | | IF RETIREMENT, NUMBER OF YEARS:<br>N/A |
|---|---|---|
| 1. SOCIAL SECURITY<br>NUMBER | 2. DESIG/NEC/MOS<br>0311 | 15. EST. DATE OF DETACHMENT<br>N/A |
| 3. NAME (Last, First, Middle)<br><br>FAIRCHILD JR, ROBERT F | | ○ RETIREMENT    ○ TERMINAL LEAVE<br>○ TRANSFER    ● IMPACT AWARD |
| 4. COMPONENT (USMC,<br>USMCR, etc.)<br>USMC | | 16. NEW DUTY STATION (Home address if separation anticipated)<br>N/A |
| 5. GRADE/RATE<br>LCPL | 17. UNIT AT TIME OF ACTION/SERVICE: | 18. DUTY ASSIGNMENT<br>RIFLEMAN |
| 6. WARFARE DESIGNATOR<br>N/A | 7. UIC/RUC:<br>12110 | 19. PREVIOUS PERSONAL DECORATIONS AND PERIOD<br>RECOGNIZED (exclude Purple Heart and Combat Action Ribbon)<br>NONE |
| 8. RECOMMENDED AWARD:<br>NA | 9. SPECIFIC ACHIEVEMENT<br>(Impact Award)<br>Yes | |
| 10. ☐ HEROIC          ☐ HEROIC POSTHUMOUS          ☐ MIA<br>☒ MERITORIOUS          ☐ MERITORIOUS POSTHUMOUS | | |
| 11. NUMBER OF AWARD OF RECOMMENDED MEDAL<br>1 | | 20. PERSONAL AWARDS RECOMMENDED NOT YET<br>APPROVED<br>None |
| 12. ACTION DATE/MERITORIOUS PERIOD<br>20040906-20040906 | | 21. OTHER PERSONNEL BEING RECOMMENDED FOR SAME<br>ACTION<br>None |
| 13. GEOGRAPHIC AREA OF ACTION/SERVICE<br>OCONUS | | |

| 22. I certify the facts contained in the summary of action are: a matter of record | | | |
|---|---|---|---|
| NAME, GRADE, TITLE OF ORIGINATOR | | SIGNATURE | DATE |
| Scott Wiese, 2ndLt, Adjutant | | *Scott D Wiese*<br>2ndLt, Adjutant, 1st Battalion, 2d Marines | 09/21/2004 |

| 23. FORWARDING ENDORSEMENTS BY VIA ADDRESSEE(S).  (Attach additional sheets only as necessary) | | | | |
|---|---|---|---|---|
| VIA COMMAND<br>(to be completed by originator) | REC<br>AWD | COMBAT<br>"V" | SIGNATURE, GRADE | DATE FWD |
| 1 | _ | NO | | |
| 2 | _ | NO | | |
| 3 | _ | NO | | |

| 24. TO BE COMPLETED BY AWARDING AUTHORITY | | | | |
|---|---|---|---|---|
| DISPOSITION OF BASIC<br>RECOMMENDATION | COMBAT<br>"V" | EXTRAORDINARY<br>HEROISM<br>RECOMMENDED | SIGNATURE, GRADE, TITLE | DATE |
| NA | NO | NO | *Robert J Durkin*<br>LtCol, Battalion Commander, First Bn, Second Mar | 10/04/2004 |

HQMC APS 1650 (EF)

## Citation

FOR HEROIC ACHIEVEMENT IN CONNECTION WITH COMBAT OPERATIONS AGAINST THE ENEMY WHILE SERVING AS RIFLEMAN FOR 2D SQUAD, 3D PLATOON, COMPANY B, BATTALION LANDING TEAM, 1ST BATTALION, 2D MARINES, 24TH MARINE EXPEDITIONARY UNIT, 1ST MARINE DIVISION IN SUPPORT OF OPERATION IRAQI FREEDOM II ON 6 SEPTEMBER 2004. ON THIS DATE, LANCE CORPORAL FAIRCHILD PERFORMED HIS DUTIES IN A HIGHLY EXEMPLARY AND PROFESSIONAL MANNER. AFTER HIS SQUAD HAD FALLEN VICTIM TO AN ATTACK BY AN IMPROVISED EXPLOSIVE DEVICE, HE WAS INSTRUMENTAL IN ASSISTING THE CORPSMAN TO EFFECTIVELY TREAT THREE URGENT CASUALTIES. LANCE CORPORAL FAIRCHILD, REALIZING THAT A MARINE WAS UNACCOUNTED FOR, RE-ENTERED THE KILL ZONE LOCATED THE MISSING MARINE AND BROUGHT HIM OUT OF HARM'S WAY. ADDITIONALLY, WHILE MORTARS BEGAN TO FALL HE ASSISTED IN SECURING THE WRECKAGE, ALLOWING THE REST OF THE PATROL TO DEPART. LANCE CORPORAL FAIRCHILD'S COURAGEOUS ACTIONS, INITIATIVE, AND COMPLETE DEDICATION TO DUTY REFLECTED GREAT CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

## Summary of Action

Lance Corporal Robert F. Fairchild is enthusiastically recommended for the Navy and Marine Corps Achievement Medal for professional achievement in the superior performance of his duties while serving as rifleman for 2d Squad, 3d Platoon, Company B, 1st Battalion, 2d Marines, 24th Marine Expeditionary Unit, 1st Marine Division in support of Operation IRAQI FREEDOM on 6 September 2004.

During this time, Lance Corporal Fairchild not only did his job as a rifleman, but also went above and beyond taking it upon himself to assist the corpsman in treating the casualties and helping to load them onto the medical evacuation helicopter.

On 6 September 2004, after 2nd squad had just fallen victim to an improvised explosive device attack, Lance Corporal Fairchild immediately dismounted his vehicle and, with the Corpsman, ran 200 meters to the vehicle that was hit by the improvised explosive device. There were three urgent and two routine casualties, and Lance Corporal Fairchild assisted the corpsman in moving the casualties to a more stable platform so they could be better treated.
Ten minutes after the attack, Lance Corporal Fairchild realized that another Marine was missing who could possibly be hurt. Alerting the platoon commander of the situation, Lance Corporal Fairchild immediately took it upon himself to drive one of the vehicles back into the kill zone and search the sight for the missing Marine. Five minutes later, Lance Corporal Fairchild returned to where the corpsman was with the third urgent casualty. Because of Lance Corporal Fairchild's actions, the casualty could be treated by the corpsman, stopping his rapid blood loss, which ultimately saved the casualties life. Once the medical evacuation helicopter landed, Lance Corporal Fairchild was instrumental in helping to rapidly carry out and load all three urgent casualties so that they could quickly be evacuated. When mortars began to fall on their position, Lance Corporal Fairchild and assisted his fellow Marines in securing the wreckage in order to move the rest of the patrol out as quickly as possible. Because of his actions, the three urgent casualties were able to be treated quickly on the ground by the corpsman, rapidly evacuated by the medevac bird, and are alive today.

SNM was in receipt of IDP.

The combat distinguishing device is authorized.

Witness Statement by Second Lieutenant Christopher R. Richardella

I, Christopher R. Richardella make the following statement concerning the action that took place on 6 September 2004. On this day the Squad that I was on patrol with had fallen victim to an IED attack. LCpl Fairchild initiative was instrumental in getting the casualties to safety in a timely manner and assist in securing the area. He immediately dismounted his vehicle and ran the 200 meters with the corpsman to the vehicle that was hit by the IED. There being three urgent and two routine casualties, Lance Corporal Fairchild assisted the corpsman in moving the casualties to a more stable platform so that they could be better treated. Ten minutes after the attack, Lance Corporal Fairchild was the only one to realize that another Marine was missing who could possibly be hurt. Alerting the platoon commander of the situation, Lance Corporal Fairchild immediately took it upon himself to drive one of the hummers back into the kill zone and search the sight by himself looking for the missing Marine. Five minutes later, Lance Corporal Fairchild returned to where the corpsman was with the third urgent casualty. Because of Lance Corporal Fairchild's actions, the casualty could be treated by the corpsman, stopping his rapid blood loss, which ultimately saved the casualties life.

Witness Statement by Corporal Paul E. Durst

**A-2**

I, Paul E. Durst make the following statement concerning the action that took place on 6 September 2004. On this day my Squad was on patrol when it fell victim to an IED attack. After the attach I observed LCpl Fairchild assessing the area so that he could provide assistants. His ability to think quickly assisted the squad in getting the casualties to safety and getting security around the area. Because of his quick thinking all casualties were cared for in a timely manner and prepared for medical evacuation.

```
                        INDIVIDUAL SEPARATION INFORMATION
                                    5 OF 5

SSN:  ████████                          NAME: FAIRCHILD JR, ROBERT F.
PRES-GRADE:  E3                         DATE: 20061003

AWARDS                  1= Personal, 2= Service, 3= Unit, 4= Decorations

FROM:      TO:        TYPE CODE   ENGLISH
20030323   20030401   1    CR     COMBAT ACTION RIBBON
20020429   20050428   1    GC     MARINE CORPS GOOD CONDUCT MEDAL
20040906   20040906   1    NA     NAVY AND MARINE CORPS ACHIEVEMENT MEDAL
20040707   20050209   2    CI     IRAQ CAMPAIGN MEDAL
20020429   20020429   2    NN     NATIONAL DEFENSE SERVICE MEDAL
20030111   20030622   2    SD     SEA SERVICE DEPLOYMENT RIBBON
20040707   20041007   2    SD     SEA SERVICE DEPLOYMENT RIBBON
20030215   20030522   2    WE     GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL
20041115   20041215   2    WT     GLOBAL WAR ON TERRORISM SERVICE MEDAL
20030321   20030424   3    PU     PRESIDENTIAL UNIT CITATION-NAVY
20040707   20041215   4    LA     LETTER OF APPRECIATION
```

```
            GOOD CONDUCT MEDAL DATE: 20051201
    ARMED FORCES RESERVE MEDAL DATE: 20060429
                 SMCR MEDAL DATE:
```

**B**

# Letters of Support

August 16, 2022

Honorable Thomas F. Hogan
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Hogan,

My name is Jeffrey A. Sanders. I am currently employed as a full time Realtor, licensed in PA and MD, hanging my license at Keller Williams. At this time eighteen years ago, I was a young PFC in the United States Marine Corps, deployed in Iraq; taking the fight to the enemy. I was a trained infantryman, which all but guaranteed that I would see combat, and combat I saw.

My specific MOS, or Military Occupational Specialty was an 0331, or machine gunner. This meant I would be attached to a regular infantry platoon, with little or no personal connection to the Marines I would be protecting and providing overwatch for. One of those Marines was Robert Fairchild. I personally did not know Robert Fairchild until he heroically thrust himself into my story on September 6, 2004. I had deployed with 1st Battalion 2nd Marines almost immediately upon graduation from the School of Infantry. I barely even knew my fellow machine gunners let alone the other Marines I was tasked with protecting daily with my machine gun.

September 6th began differently than any other day in Iraq. The previous night, four Marines were seriously injured due to an IED blast. All four needed to be medically evacuated out of the country. The mood was different. The platoon I was attached to was charged with the order of figuring out who was responsible for nearly taking the lives of those four Marines. Unfortunately for me, Lt. Richardella put three machine gunners on the manifest. As the lowest ranking Marine, I was the odd man out. But it was all hands on deck so even though I didn't get a machine gun, I came along as a regular infantryman. The significance of this is that it put me in vehicle 3 instead of vehicle 1 or 4, where the machine gunners typically were located.

After our four Humvee patrol left the wire, we went to the scene of the bombing and then to the local town to interrogate the locals on who was responsible for the blast who seriously injured our Marines. Moments after leaving that town, my life changed forever.

Minutes after leaving the town, I was conversing with Lcpl Hanson Jr, who was sitting across from me. Corporal Walden was driving and Corporal Bookless riding shotgun. Myself, Rodriguez, and Hanson in the back.

BOOM.

I remember seeing the smoke and then darkness. I awoke on the road an unknown time later. I had been blown from my Humvee and I was lying on the road. I searched for my weapon and was ready to get back into the fight, but something was wrong, terribly wrong. My eyes squinted through blood and dirt to see that I was lying in a growing pool of blood. I was hurt and I was hurt bad.

After nearly going into shock and screaming for help, I realized I had a choice: To die a hero; to seek Valhalla, or take the necessary action to save my own life. I chose the latter. I could hear the sound of small arms fire and knew my life rested only in my own hands. Armed with only a bayonet I checked for

other injuries and realized that my left leg was completely severed just below the knee. I immediately took off my flack jacket and blouse. I laid the flack jacket underneath me because the road was scorching hot. I then took my blouse and used the sleeves to tie my tourniquet using the bayonet as a handle to twist the tourniquet as tight as possible. I was now unarmed and at the mercy of the enemy. I prayed. I was fading. I needed help. I later learned that I was on the road alone for approximately 15 minutes before Fairchild showed up to pick my battered and bloody body up off of that God forsaken road in Iraq. Somehow, I was still in the fight, the fight of my life.

I remember hearing the roar of the Humvee's engine and the screeching tires at it came to a halt like it was yesterday. I was ready to give up until I heard that beautiful sound. I remember Fairchild getting out and running up to me asking if my neck or back was hurt. I said no, just my leg. He immediately grabbed my arm and rolled me up in a traditional fireman's carry as we had been trained so diligently on. He had no concern for my leg, only my life. In all the chaos, he still had concern for my well being, and didn't want to hurt me any further, but still had a sense of immense urgency to get us out immediately in case there was a secondary device waiting to detonate. His greatest concern was to get me to the Corpsman as soon as possible, knowing how long it had been since I was blown up. Time was of the essence. His foot put the accelerator to the floor and for the first time since that bomb went off, I had hope.

I did not know his name. I did not know his story. The empty voids in my Alive Day were only filled when my unit returned state side five months later. Myself and Rodriguez were sporting brand new prosthetic legs and there's nowhere else we'd rather be than on that tarmac to welcome home our brothers. We were allowed to ride the bus from Cherry Point back to Camp Lejeune, a trip of approximately thirty minutes. Just enough time to be updated on everything that occurred on that fateful day.

I had two questions I needed answered: How long was I on the road before I got picked up? And who risked their life to come get me? When I asked the second question to Corporal Mossow he paused. He said Fairchild picked your broken ass up. I sensed the pause and knew there was more to the story. Mossow continued, there was a lot going on. We didn't even realize you were missing initially until Corporal Bookless called the names of the men in his vehicle. When there was no response when Sanders was called, we said oh shit. He continued, once the area was deemed clear by Lt. Richardella, he began to ask his men who wanted to go get Sanders. And before anyone could respond, Fairchild was already halfway in the humvee, seconds later racing into the blast site, with zero regard to his own life. Mossow paused again. He said Lt. Richardella actually put him in for commendation for his selfless response to go get you. As I write this letter I am in tears. As Corporal Mossow tells me this story of heroism, I am in tears. How could someone I didn't even know act so selflessly to save my life? There simply can be no greater character reference for a man who would so selflessly risk his life to save another's.

War is hell. And Robert Fairchild drove straight into hell to save my life. What kind of man does that? Robert Fairchild does. And in that moment on the battlefield, Fairchild showed the character of a warrior, of a brother, and of a selfless Marine who would do anything to save the life of a fellow Marines. That is the Robert Fairchild I know.

Returning to civilized life post Marine Corps, is as great of battle as the ones we faced at war. We are hardened, and we are insensitive to all the "real world" problems that everyone else is facing. There is no answer, and we seek the consultation and brotherhood that used to be part of our daily lives. No one gets us. No one wants to be us. We are always on alert waiting for something to go sideways just as we were trained. Assimilation back into society is a battle in itself. And unfortunately, it is a battle more

**B-1**

veterans lose than the battles they lost at war. We continually seek the camaraderie that we left behind. We turn to vices that "get us through" the tough days. The struggle is real and I don't believe I would be here today if it wasn't for an amazing woman who saw my scars and brokenness and wanted to piece me back together. Not every Marine is afforded that kind of support. Instead, we stumble aimlessly through life just wishing we were back at war with a directive and a mission. As crazy as it sounds, we miss the battlefield and we miss the mission objective. Without it, we are often lost.

My biggest regret since that fateful day of September 6th, 2004 is that I didn't make Fairchild a lifelong friend. He literally carried my broken body off the battlefield. It is a very short list of U.S. service members who have selflessly carried their brothers or sister off the battlefield putting their own life in danger, and those who have, have received commendation just as Fairchild has. To this day, I hate the way the word hero is thrown around like it's cool. But I can tell you this; Robert Fairchild is my hero and I'm only able to write this letter because he saved my life that fateful day of September 6th, 2004.

Regardless of the events on January 6th, that led us to this point, I can attest to the character of this man. It is my opinion that Robert Fairchild is a hero. Not just any ordinary hero, but my hero. On September 6th, 2004, he saved my life. He literally carried my broken body off of the battlefield. I am forever indebted to this man. I will have his six until the end of his days. I am so incredibly proud to have served along this man, and I will consider him my brother until the day I die. God bless you Lcpl Fairchild.

With eternal gratitude,

DocuSigned by:

*Jeff Sanders*

430EA7FA0713457...

Lcpl Jeffrey A. Sanders (USMC retired)

August 5, 2022

Honorable Thomas F. Hogan
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Hogan,

My name is Robert Clint Thompson. I am the Head Coach at CrossFit 313 in Burleson TX. I am former law enforcement for five years, and former WPPS State Dept contractor in Iraq for seven years. Before all of that, I was in the United States Marine Corps from 2001 - 2005. I was an Infantry Team Leader, stationed in Camp Lejeune, NC, and deployed twice to Iraq in 2003 and again in 2004-2005. During my second deployment, I had the privilege to have Robert Fairchild as a Rifleman on my team.

My team had a unique job assignment as a Long-Range Reconnaissance Platoon (LRRP) element. About 90% of our missions involved only four to six Marines tasked with surveillance and Improvised Explosive Device (IED) detection in our Area of Operation (AO) near Iskandariyah, Iraq. Due to the small nature of our unit, and the location of our observation posts, this mission posed an elevated level of danger. My team had to be very well prepared, highly capable, and consist of self-motivated, independent, over achievers. Robert Fairchild exemplified these qualities.

Fairchild was a Rifleman on my team, whose specific job duties included assisting the team Machine Gunner, servicing team equipment, and most importantly, running as point man during ground movements through austere terrain comprised of enemy combatants. His patience, and attention to detail, was critical in the ability of our team to navigate these hostile areas without drawing unwanted attention.

Additionally, part of our job was to speak to the local population that were friendly to us about the terrorist activity in the area. Fairchild was particularly good at speaking to regular, ordinary people about ordinary things. His attitude and personality were ideal in helping us get through to the locals that we were there to help them, and that we were the good guys. We would spend sometimes six days forward deployed with no resupply, on limited rations, and Fairchild would still give his candy to the local children, and play soccer with them, to earn their trust. He would give the adults his cigarettes or chewing tobacco, even his own money at times, all in efforts to help us complete our mission.

Regarding the events on September 6, 2004. We had newly arrived at that AO and were spending most of our time patrolling in vehicles. We had not yet started the LRRP patrols. The terrorist cell in the area had their own unique tactics, techniques, and procedures (TTPs), about which we were still learning. On this day we received contact that began with an IED that was in a barrel beside the road, detonating next to the vehicle behind mine, after I had already driven by it. The follow vehicle had received multiple casualties that needed immediate medical assistance. My team rapidly deployed by splitting into two smaller elements. I gathered what men I still at my truck and began the assault against the enemy combatants. Without a word from me, Fairchild took the initiative and ran with the other element to help our wounded men.

This was a new area, with a new team that had not previously been to combat together. The situation was chaotic. Most men, in the absence of orders, would freeze or pretend to be busy with nonessential tasks. I did not see Fairchild for the remainder of this engagement; however, other team

**B-2**

leaders at the casualty site told me that he made himself invaluable in moving the casualties to the landing zone. Fairchild realized a man had been thrown clear of the vehicle, who had received a critical injury to his leg, and went to retrieve him. Fairchild carried the man all by himself to the casualty collection point where the waiting Navy Corpsman could administer aid. Fairchild then assisted in the loading of the wounded on to a truck to be driven to the landing zone where a casualty evacuation helicopter could transport them to more definitive care. I believe, without a doubt, if not for Fairchild's quick thinking, and bravery, that the Marine would have died without his assistance.

After a period still at the site of the attack, we began taking indirect fire (IDF) from mortars. The helicopters were wanting to take off immediately, but we had not yet finished loading the wounded. Fairchild was able to assist in the transport of the wounded by carrying men single-handedly without the need of a buddy assist or a stretcher. This expedited the loading process thus allowing all Marines present to exit the AO without added risk of injury from the incoming IDF.

During our time on deployment together, Fairchild struck me as a brother's keeper. He was always there to talk things through, go to the gym together, or just hang out at the barracks and talk about what life would be like after we all got out of the service. He had many friends, was a very likeable person, and was an excellent Marine. My regret is not staying connected after the Corps. I have not spoken to Fairchild since 2005, and I have not heard from anyone about him until this instance in question. Although I'm sure the evidence is irrefutable, it is hard for me to believe that the man I remember, the man who gave his only pack of M&Ms to a starving Iraqi kid, the man who would pull extra fire watch so his overworked team leader could get a little sleep, or the man who carried a wounded brother under fire to much needed medical care, that that man could do such things with criminal intent or knowledge. Regardless of the outcome here, I will always know Robert Fairchild to be a good man, and any leniency you can give on his behalf would be warranted.

Sincerely,

Robert Clint Thompson

**B-3**

August 12, 2022

Honorable Thomas F. Hogan
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Hogan,

My name is Leslie Walden and I have been a police officer in Texas for the past 17 years. Prior to my law enforcement career, I served in the United States Marine Corps from 2001-2005 in 1st Battalion 2nd Marines as an Infantry team leader. During my time in the Marines, Robert Fairchild served with me in my squad during both Iraq deployments.

Fairchild was a solid Marine and someone you wanted fighting alongside you. He followed orders well and showed courage on the battlefield during our engagements with enemy combatants. One event I would like to speak to you about occurred on September 6th, 2004.

Our squad was conducting a security patrol through an area in the Anbar Province which is close to Fallujah. The previous evening, several Marines had been wounded by an ambush attack in an enemy village close to our base. Our patrol took us back in that village where we spoke with the village leaders there and warned them of the consequences of any further hostile actions towards our forces.

After we departed the village, our patrol began driving back to base along a different route. A few minutes later, the Humvee I was driving was hit by a roadside bomb injuring all 5 of us in the vehicle. One of the Marines in the bed of the vehicle, Jeff Sanders, was ejected out of the back from the blast and had a large piece of shrapnel tear through his leg almost cutting it off. When the initial attacked happened, I was knocked out briefly from the blast and not aware of the severity of the injuries to Sanders and the other Marines with me. When I regained consciousness, I was able to drive the Humvee forward out of the kill zone close to the other Humvees in our patrol where we had a corpsman meet us to provide medical aid.

While some other Marines began to set up a perimeter for security and clear a landing area for a medivac helicopter, Fairchild ran back to where the blast occurred completely disregarding his own safety and found Sanders laying on the ground bleeding badly from his injuries. I recall seeing Fairchild pick Sanders up and carry him 50-75 yards to where the injured Marines were being stabilized. He assisted our corpsman in getting the injured Marines moved to the landing zone we had set up. We began taking enemy mortar fire while we were waiting for the helicopter to land but Fairchild stayed with our guys and helped protect them from the incoming shells hitting around us.

Once the helicopter landed, Fairchild helped load our wounded on board so they could be transported to Baghdad where they would receive care. Sanders and another Marine lost one of their legs, my front seat passenger had 3 fingers blown off and complications from shrapnel wounds, the other Marine that was in the back received minor shrapnel wounds but was killed in another roadside bomb attack 2 months later, and I suffered a severe concussion, perforated eardrum, and TBI. I have no doubt that Fairchild's actions that day are the reason Sanders is alive today. Had he not gone back and carried him out as quickly as he did, Sanders would have died from a loss of blood.

Since I got out in 2005, I have stayed in touch with a few of the guys I served with mainly through social media. We have had a few get togethers over the years to remember those who we lost over seas and unfortunately, I have heard about several guys from our unit committing suicide in recent years. The corpsman there that day who helped us had a long struggle with alcohol when he got out and eventually took his life as well. For many it was a hard transition back to civilian life. I know guys still struggling today.

I haven't spoken to Fairchild in about 18 years but like so many others I served with, I know if I needed him and called him up, he would answer and be there for me. There is nothing he wouldn't do for the guy he was fighting next to. I don't know what Fairchild has done with his life since he got out of the military or if he struggles with the things, we all went through, but I know the kind of Marine he was when we served together.

I would respectfully request Fairchild's military service and his selfless and courageous actions on September 6th, 2004, be taken into account as you move forward with sentencing. If you have any questions or would like to speak with me personally, please feel free to contact me.


Respectfully submitted,


Leslie Walden

Jason K. Doran                                                                    April 12, 2022

█████████

██████████████

███████████

██████████████████

To Whom It May Concern:

I am writing this letter to give my opinion and observation as to the character of Robert Fairchild.  However, I would like to first introduce myself so you may determine the value of which I know Mr. Fairchild.  My name is GySgt Jason K Doran and I served in the United States Marine Corps from October 1983 to November 2003.  I served in Operation Bear Hunt, Operation Hammer and Anvil, Operation Desert Storm/Shield, Joint Task Force 6- Counter Drug Operations, Operation Noble Obelisk, Operation Guardian Retrieval, and Operation Iraqi Freedom.  My personal awards include the Silver Star, Navy Commendation Medal, three Navy Achievement Medal with "V" for valor and two Combat Action Ribbons.  I served as Mr. Fairchild's Platoon Commander with Bravo Company 1st Bn, 2nd Marine Regiment, Task Force Tarawa in the initial invasion of Iraq in March 2003 to November 2003.

My memory serves me well of Mr. Fairchild.  He served honorably, faithfully and with due diligence under my command.  His service was above par during this time but was not under common circumstances.  He fought in the Battle of An Nasiriyah, a hotly contested battle which left our unit without adjacent infantry or logistical support for a week.  Without logistical support this quickly led to a lack of food, water, medical supplies and ammo.  During this time, Mr. Fairchild acted with surety of action and determination without complaining.  He did what was necessary not only to his survival but other Marines.  Our Battalion suffered losses to the point that we were no longer combat effective. Our follow up missions included defensive positions and offensive actions that supported other units in the March to Baghdad.  While these follow up operations were minor and more in support roles, he continued to perform his duties in a professional manner.

Mr. Fairchild served a second tour in Iraq after my retirement.  My understanding of his service on his second tour was just as honorable as his first tour.  His determination led to rescue and medical evacuation of several Marines in a hostile situation.  I am sure his experience from his first tour led to his ability and confidence in saving these Marines.

I humbly request that his prior service to our country and the manner in which he performed be evaluated and considered in his current situation.

Respectfully Submitted,

Jason K. Doran
GySgt USMC (Ret)

July 13, 2022

Honorable Thomas F. Hogan
333 Constitution Ave, NW
Washington, DC 20001

Dear Judge Hogan,

My name is Duy Dang. I served with Robert Fairchild in the Marine Corps and have remained close friends since. In 2018, Robert was my best man in my wedding. I know Robert as a religious southern gentleman, a good friend, and an American hero. From boot camp to the battlefield, he led us in prayer. Robert is one of the bravest men I have known.

On the night of November 28 2004, Rob saved another Marine from being captured and killed by enemy insurgents. His squad was ambushed leaving two marine deceased and many wounded. Quickly noticing there were marines still unaccounted for; Rob, traveled back to the ambush site by himself to retrieve Lance Corporal Sanders, who at this time is badly injured and is being dragged away by enemy insurgents. Robert neutralized the enemy and brought Sanders back to safety.

Robert Fairchild is America's forgotten hero. His bravery and sacrifice go unnoticed. He is loved and respected by many. My family and I are deeply saddened by his troubles. Rob is an incredible person, and we pray for a lesser sentence. He does not need to be behind bars. He needs to be treated for traumatic brain injuries and therapy.

Sincerely,

*Duy Dang*

Duy Dang



Duy Dang and Robert Fairchild after basic training at Camp Geiger.



Wedding of Duy Dang. Robert Fairchild served as his best man. Fairchild is to the right of the groom.

2776 S. Arlington Mill Dr.
Ste. 804
Arlington, VA 22206

1-877-VETLAG-2

Honorable Thomas F. Hogan
333 Constitution Avenue, NW
Washington, DC 20001

July 28, 2022

Your Honor,

I founded Veterans Legal Advocacy Group, a nonprofit organization that represents veterans in VA disability benefits appeals in federal appeals courts. I have represented at least 800 clients—including at least 50 with PTSD—over the past 15 years. Many of them served in combat.

Mr. Fairchild has always stood out. His PTSD changed his life more drastically than almost all of my other clients. His case remains one I continue to discuss with people when giving an example of how badly the VA can treat someone. And he is a combat hero under the narrowest interpretation of "hero."

I spent a lot of time with Mr. Fairchild. I represented him for nearly a decade in his VA appeals. He was always open about his problems and how his life was going. He was courteous and honest. But his life was upended by combat.

Robert Fairchild was doing fine until he went to Iraq. In Iraq, he saw horrific acts and their aftermath. But he persisted and saved lives. Unfortunately, he has struggled afterward with PTSD and a TBI. So he sought help from the VA.

Despite verified traumatic combat stressors, a reversal in behavior after his combat tours, and psychiatric evaluations that found his PTSD severe with psychotic features, the VA under-rated his PTSD. And it didn't even rate his TBI. The VA has long had problems parsing out overlapping PTSD and TBI symptoms, but what happened in Mr. Fairchild's case was extraordinary.



a non-profit organization

vetlag.org

1-877-VETLAG-2

It took several years for the VA to rate his TBI. But after it finally did, it decreased it when raising his PTSD rating. At one point, the VA decided to reduce both—without medical evidence—to 10% each, dropping his monthly VA disability payment by nearly $1500. Today, Mr. Fairchild's PTSD remains grossly underrated at 50%.

The VA's failure in Mr. Fairchild's case influenced him not to seek medical help from the VA. His claims were some of the most mishandled I have seen. He needed the VA for PTSD and TBI treatment. But the VA's behavior on his claim made him mistrust the VA and forego the VA's greatest skill—treating combat veterans with psychiatric problems.

Mr. Fairchild often had plans for starting businesses. He is bright, but his PTSD and TBI stopped him. The VA let Mr. Fairchild down in his disability claims, but it treats PTSD better than any other organization. He needs access to the VA for help with his PTSD.

I doubt Mr. Fairchild would be in your court today if not for his combat service. It is impossible to separate his heroic acts from his behavior—his PTSD and TBI will always play a role in his decisions. But with the right help, he can be himself again. I hope he will have access—and go—to the VA's PTSD programs to get his life back. With the proper support, he can thrive.

Respectfully,

Harold Hoffman
VetLAG Counsel



VETLAG | Veterans Legal Advocacy Group

a non-profit organization

vetlag.org

**B-7**

August 1, 2022

Honorable Thomas F. Hogan
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Hogan,

My name is Angela Hendrix. I live in LaGrange, Georgia. I have been a nurse for over 35 years at our local hospital in the Emergency Room. I am Robert Flynt Fairchild Jr's mother. Robby's siblings are Matthew Fairchild and Hannah Livingston. Robby, as he is known to his friends and family, was raised in LaGrange. He attended public school here and graduated from LaGrange High School in 1999. Robby was a good student during his school years here and was never in trouble at school. Robby's father and I divorced when he was about 17.

Robby has been very active in sports his entire life. He played Little League Baseball from age 5 until he entered High School. Robby played football and was an award winning wrestler at LaGrange High. He won state awards and got to travel to Fargo, ND to wrestle in the national tournaments. Robby has proven his entire life he is a good team-mate and role model for his peers. His coaches always praised and spoke very highly of him. Robby was also interested in music and played the trumpet from elementary school until he entered high school. He was active in school band and was even in the specialized jazz band.

Robby has always been very dependable, responsible, honest and courteous and has always displayed a high degree of integrity. He has always shown a generous, kind and devoted character. Growing up he was always at service to our elderly neighbors, helping with any task they needed him to do. Robby would watch for the ladies every Saturday to carry their groceries in for them. He never accepted any payment. Robby was also active in church and the Boy Scouts while growing up.

Robby joined the United States Marine Corps in the spring 2002 and was stationed at Camp Lejeune in North Carolina. He is a decorated combat veteran with 2 active combat tours in Iraq started in March 2003. He received 2 medals for bravery and valor while in Iraq for saving the lives of his Marine Brothers under fire from the Iraqi's on 2 separate occasions. Robby has always been very humble about his Marine Corp service and has never bragged about his service to our country. He has always been proud for helping the Iraqi people while there.

After leaving the Marine Corps with an honorable discharge, Robby did have some dark memories to deal with. He did drink heavily for a time. He has overcome that and is active in helping other veterans. He also is active with AA.

Robby has 2 children, ███ 14 and ███ 12, and is very active in their lives and support. He loves his children dearly. Robby lives in his own home and works a job he has had many years. My son was raised to love God our Creator and our Savior Jesus Christ. He was

**B-7**

raised to have pride in America and to love his family. I am very proud of the good, kind man my son has become. He has always offered his help to anyone in need.

I can speak to you with authority about the moral character of my son and I hope your good faith will take into account this letter when you make your decision concerning him. Thank you for your time.


Sincerely,

Angela Hendrix

Honorable Thomas F. Hogan
333 Constitution Avenue, NW
Washington, DC 20001

 Dear Judge Hogan,

 My name is Hannah Fairchild Livingston. I am the younger sister of Robert Flynt Fairchild Jr. I live in LaGrange, Georgia with my husband Jon Livingston and my daughter Amelia. My husband works for the Troup County Sheriff's Department as an Investigator. I am a RN-BSN and I work for Wellstar West Georgia Medical Center in the ICU. Robert and I were born and raised in LaGrange, Georgia. Our mother, Angela Hendrix, is also a nurse and has worked in the Emergency Department for over 35 years at Wellstar West Georgia Medical Center. Robby, as our family calls him, is my older Brother. He is 12 years my senior.

 I have always looked up to by big Brother Robby. He was in high school when our parents divorced and so he was sometimes responsible for the care of myself and our brother Matthew while our mother worked night shift in the ER. Robby was also on the football team at LaGrange High School, and he was also on the wrestling team there. I attended many of Robby's games and wrestling meets with our mother. He would always explain football plays and the wrestling to me so I would learn and understand what I was watching. He was a very good teacher to me, so well that I served as a Matt Maid for the Lagrange wrestling team when I was a student there, keeping score during the wrestling matches.  Robby won many trophies and medals for his performance playing football and wrestling during his high school years. He taught me how to ride my first bicycle and gave me a love for learning history. He was always a good big brother teaching me to have goals, integrity, and good morality in my character. He always stressed to me to love and respect my fellow man regardless of their life choices. He also taught me to know about the Constitution of our country. Robby was also very loved by our elderly neighbors growing up. He would often check up on them and be available to carry groceries in after their shopping and help them with odd jobs around their homes and yards.

 Robby decided to join the military after 9/11. He researched all the branches and decided he wanted to serve in the United States Marine Corp. Although he scored so high on his ASFAB test he could have had his choice of jobs, he chose to serve in the Infantry. Robby had 2 active combat tours in Iraq. He was very hesitant to talk about his combat experiences and chose to speak about his humanitarian work in Iraq. He often delivered food and water to the Iraqi people, helped rebuild schools and worked to build a relationship between his men and the Iraqi people. He saw the people as innocents caught up in the conflict. He would tell us that the Iraqi people were the same as we were, they just wanted to work and raise their families without problems. Robby won awards and medals for his Heroism during his service saving the lives of his fellow Marines. He has always been very humble about it saying that it was his job.

 When Robby got out of the military, he developed a problem with alcohol. But he overcame that. He no longer drinks alcohol. He takes pride in working with other's in AA and his veteran brother's. He has continued to work with older veterans. He drives them to and from appointments with the VA. He also helps some with taking them to run errands and grocery shop. He also mentor's other alcoholics in their sobriety journey.

Robby has gotten his degree in business and finance since being out of the Marine Corp. He has always had gainful employment, has excellent work ethic and maintained a home. Robby is the father to 2 children ███ 14 and ███ 12. He does not live with their mother but is very active in their lives and support. I have witnessed the same patience and loving teaching that he gave to me as a young child with his own children, even though we live so far apart. Both of his children do very well in school and his son ███ has a genius level IQ. Our family knows without doubt that Robby would help us in every way needed if we ever needed to call on him. We all still talk several times weekly and maintain good relationships with one another, even though we live so far apart.

My older brother Robby is a very good kind man, with excellent integrity. He cares deeply for his fellow man and respects everyone. He helps everyone he sees that needs assistance without hesitation. Whatever evidence you have seen about Robby, believe me, it in no way shows the kind, highly moral, faithful man that we know, love and support. Thank you for taking the time to read my letter.

Sincerely ,

*Hannah Livingston*

Hannah Fairchild Livingston



Robert and Hannah with their father,
Robert Fairchild, Sr.

10-10-22

Dear Judge Hogan,

My name is Billy Story. I'm a Vietnam Veteran Disabled. My wife is Debra and does Home House cleaning.

Our Relationship with ROB is a very good one (We call him Rob but his full name is Robert Fairchild) He's not just our neighbor But a good friend.

Robs helped with laying sod twice. He's helped me with other odds and ends around the house. He's also very helpful with other neighbors.

Rob keeps up with his own yard and home. Robs a very likable person, A soft spoken person.

We've known Rob for 5yrs., lives right next door. He's a quiet neighbor (thats what one of the things we like about him) No party's, No Hell Raising. Thats A Big plus for us. Good renters are hard to come by, So loosing Rob as our neighbor, would be a Great Lose.

Billy Story
Billy Story

DEBRA GIBBS
Debra Gibbs

**C**

# Newspaper Articles



Tuesday, Nov. 11, 2003 - **3**

## Commendation

Lance Cp. Robert Fairchild, shown with a child in Iraq, has been awarded the Presidential Unit Citation, the highest given by the U.S. military to an entire unit, by Navy Secretary Gordon England. The citation commends the Marines for their "extraordinary heroism and outstanding performance" during the invasion of Iraq. Fairchild, the son of Angela and Randy Hendrix and Flynt Fairchild, all of LaGrange, lettered in both wrestling and football at LaGrange High School. He joined the Marines immediately after Sept. 11, 2001, and is now stationed at Camp LeJeune.

LaGrange Daily News. November 11, 2003.



'It's my job,' says Marine

*U.S. Marine Lance Cpl. Robert Fairchild, right, spends quiet time watching a movie with his family, from left, brother, Matthew Fairchild, 19, mother, Angela Hendrix, and sister, Hannah Fairchild, 11, at their Lincoln Street home Tuesday evening. The team leader for his infantry unit will be heading back to Iraq today for his second tour of duty.*

Mike Jacoby / Daily News

# Yellow ribbon marks second tour in Iraq

**By Karen Mortensen**
*Staff Writer*

A pale yellow ribbon adorns the front door and a patriotic service flag covers an entire window at 522 Lincoln St. Angela Hendrix hung the ribbon in March 2003, when her son was first sent to the war in Iraq.

Now, it will remain in place as he goes back a second time.

"I'll never be relaxed about him going (to war)," Hendrix said, "but now I know what to expect. Before, I had no idea."

Marine Lance Cpl. Robert Fairchild, 22, woke to the early morning mist today and left LaGrange to return to his home base, Camp LeJeune in Jacksonville, N.C., where he will await

departure for a second tour of duty in Iraq.

"A lot of (troops) have already gone back," he said. "It's my job."

Fairchild, who joined the Marines in September 2001, was deployed to Kuwait in January 2003 and two months later braved the battlefields in Iraq. He serves as a team leader of his infantry unit.

Combat, he said, is something that is difficult to describe with words. It has to be experienced.

"It's different from anything you would ever do. Sometimes it's scary, sometimes it's not," he said. "You have to be there."

Fairchild spent two months in Iraq, and another four months in Kuwait

before returning to Camp LeJeune in July 2003.

"I was so afraid the first time he left," Hendrix recalled. "That was the most helpless I've ever felt, not knowing what was going on or where he was."

The extensive media coverage while Fairchild was in Iraq contributed to Hendrix' deep anxiety, and it was sometimes too much to bear, she said.

"I didn't want to watch the TV, but I couldn't help it," Hendrix said. "It was like an obsession. I would try to turn my TV off and immediately turn it back on."

She said she lived in fear of bad news signaled by a knock on the front door,

**MARINE** FROM 1

the one that would reverberate throughout her home when it came. Hardly anyone uses the front door, but while Fairchild was gone, someone did.

"The front doorbell rang once when I was in the kitchen. ... My knees nearly gave way. I had to grab the fridge to keep from falling," she said.

The visitor turned out to be a salesman.

Hendrix said her home was full of friends and family while her son fought in Iraq the first time, and they served as an ultimate support system. This time won't be any different.

"I'll watch the news, do a lot of praying, have friends pray," she said. "Friends will get me through it again."

Fairchild said it's not uncommon for a unit to leave the homefront a second time during the same war.

But the yellow ribbon will hang from the Hendrix door until he returns safely, and it will not be alone this time.

"When he leaves, there will be one on every tree," Hendrix said.

SEE **MARINE**, PAGE 2

LaGrange Daily News. June 2, 2004.